RECEIVED

APR 2 0 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DAVID HARDIN** | * | **CIVIL ACTION NO. 6:14-0224** |
| **VERSUS** | * | **JUDGE DOHERTY** |
| **IBERIA PARISH SHERIFF'S OFFICE, ET AL.** | * | **MAGISTRATE JUDGE HILL** |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the defendant's Motion to Dismiss [rec. doc. 19] is **GRANTED** and accordingly, the Iberia Parish Sheriff's Office be **DISMISSED WITH PREJUDICE** from this lawsuit.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this _20_ day of _April_, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE